B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re __Nicholas D Garcia__,                    Case No. __12-12939SBB__
         *Debtor*

                                                Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __March__                                Date filed: __04/22/2013__

Line of Business: __Real Estate__               NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Nicholas D Garcia_
Original Signature of Responsible Party

Nicholas D Garcia
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | No | Yes |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 4,450.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 6.51 |
| Cash on Hand at End of Month | $ | -31.67 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL | $ | -31.67 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 4,481.67 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 4,450.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 4,481.67 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -31.67 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:         $   6,200.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:      $   4,750.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $   1,450.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## Cash Flow - Last month
### 3/1/2013 through 3/31/2013

4/22/2013                                                                                           Page 1

| Category Description | 3/1/2013-3/31/2013 |
|---|---:|
| **INFLOWS** | |
|   Property Management Commission | 1,800.00 |
|   Rental | |
|     Other Rental | 2,650.00 |
|     TOTAL Rental | 2,650.00 |
|   **TOTAL INFLOWS** | **4,450.00** |
| | |
| **OUTFLOWS** | |
|   Auto | |
|     Gas | 105.00 |
|     TOTAL Auto | 105.00 |
|   Bank Charge | 22.45 |
|   Biz Misc. | 4.00 |
|   Biz Utilities | |
|     1731-33 Irving St Water | 96.81 |
|     1737-39 Irving St Water | 124.14 |
|     Internet,Fax, Phone, Cable, Biz | 302.05 |
|     Telephone, Biz | 113.80 |
|     TOTAL Biz Utilities | 636.80 |
|   Cash | 62.00 |
|   Dining | 125.86 |
|   Entertainment | 72.98 |
|   Groceries | 57.61 |
|   Household | 4.31 |
|   Insurance | |
|     Life Insurance 125k | 140.06 |
|     TOTAL Insurance | 140.06 |
|   Medical | 62.66 |
|   Mortgage 1731-33 Irving St | 870.56 |
|   Mortgage 1737-39 Irving St | 1,897.02 |
|   Office | 76.00 |
|   Utilities | |
|     Gas & Electric | 334.05 |
|     Internet | 10.31 |
|     TOTAL Utilities | 344.36 |
|   **TOTAL OUTFLOWS** | **4,481.67** |
| | |
| **OVERALL TOTAL** | **-31.67** |

4/22/2013

Page 1

## Register Report - Last month
### 3/1/2013 through 3/31/2013

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| **BALANCE 2/28/2013** | | | | | | | | **298.84** |
| 3/4/2013 | 3599924804... | | Samsclub #66... | CHECK CR... | Groceries | | c | -47.43 |
| 3/5/2013 | 3599924804... | | 7-Eleven | CHECK CR... | Auto:Gas | | c | -20.00 |
| 3/6/2013 | 3599924804... | | Deposit Made... | | Rental | | c | 700.00 |
| 3/8/2013 | 3599924804... | | Deposit Made... | | Rental | | c | 700.00 |
| 3/8/2013 | 3599924804... | | 7 Eleven | POS PURC... | Auto:Gas | | c | -60.00 |
| 3/11/2013 | 3599924804... | ATM | ATM Withdra... | 300 FEDER... | Cash | | c | -62.00 |
| 3/11/2013 | 3599924804... | | Walgreens | CHECK CR... | Medical | | c | -62.66 |
| 3/11/2013 | 3599924804... | | Mile High Liqu... | CHECK CR... | Entertainment | | c | -35.61 |
| 3/11/2013 | 3599924804... | | Wells Fargo B... | FEE | Bank Charge | | c | -2.50 |
| 3/12/2013 | 3599924804... | | Wendys | CHECK CR... | Dining | | c | -10.37 |
| 3/13/2013 | 3599924804... | | El Ranchito | CHECK CR... | Dining | | c | -23.50 |
| 3/13/2013 | 3599924804... | | Comcast | COMCAST... | Biz Utilities:Int... | | c | -302.05 |
| 3/13/2013 | 3599924804... | | Monthly Servi... | | Bank Charge | | c | -10.00 |
| 3/14/2013 | 3599924804... | | Deposit Made... | | Rental | | c | 600.00 |
| 3/14/2013 | 3599924804... | | Starbucks | CHECK CR... | Dining | | c | -10.43 |
| 3/15/2013 | 3599924804... | | Xcel Energy | XCELENER... | Utilities:Gas &... | | c | -319.26 |
| 3/15/2013 | 3599924804... | | T-Mobile | PCS SVC 13... | Biz Utilities:Te... | | c | -113.80 |
| 3/18/2013 | 3599924804... | | Denny's | CHECK CR... | Dining | | c | -23.45 |
| 3/18/2013 | 3599924804... | | Target | CHECK CR... | Household | | c | -4.31 |
| 3/18/2013 | 3599924804... | | Public Works-... | CHECK CR... | Biz Misc. | | c | -2.00 |
| 3/18/2013 | 3599924804... | | Mile High Liqu... | CHECK CR... | Entertainment | | c | -37.37 |
| 3/18/2013 | 3599924804... | | Common Gro... | CHECK CR... | Utilities:Gas &... | | c | -3.13 |
| 3/18/2013 | 3599924804... | | Denver Water... | CHECK CR... | Biz Utilities:17... | | c | -96.81 |
| 3/18/2013 | 3599924804... | | Subway | CHECK CR... | Dining | | c | -7.56 |
| 3/18/2013 | 3599924804... | | Common Gro... | CHECK CR... | Utilities:Gas &... | | c | -11.66 |
| 3/18/2013 | 3599924804... | | Denver Water... | CHECK CR... | Biz Utilities:17... | | c | -124.14 |
| 3/19/2013 | 3599924804... | 217 | American Nati... | | Insurance:Life... | | c | -140.06 |
| 3/20/2013 | 3599924804... | | Common Gro... | CHECK CR... | Dining | | c | -10.69 |
| 3/20/2013 | 3599924804... | | Deposit Made... | | Rental | | c | 380.00 |
| 3/20/2013 | 3599924804... | | Common Gro... | CHECK CR... | Dining | | c | -8.94 |
| 3/20/2013 | 3599924804... | | 7 Eleven | POS PURC... | Auto:Gas | | c | -25.00 |
| 3/20/2013 | 3599924804... | | Safeway | CHECK CR... | Groceries | | c | -10.18 |
| 3/21/2013 | 3599924804... | | Deposit Made... | | Rental | | c | 270.00 |
| 3/22/2013 | 3599924804... | | Common Gro... | CHECK CR... | Dining | | c | -14.66 |
| 3/22/2013 | 3599924804... | | Common Gro... | CHECK CR... | Dining | | c | -3.57 |

4/22/2013

Page 2

## Register Report - Last month
### 3/1/2013 through 3/31/2013

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/22/2013 | 3599924804... | | Wfhm Mortgage | Check # 219... | Mortgage 173... | | c | -870.56 |
| 3/25/2013 | 3599924804... | | Deposit Made... | | Property Man... | | c | 1,800.00 |
| 3/25/2013 | 3599924804... | | Common Gro... | CHECK CR... | Dining | | c | -12.69 |
| 3/25/2013 | 3599924804... | | Microsoft | RECUR DE... | Utilities:Internet | | c | -10.31 |
| 3/26/2013 | 3599924804... | | Business Qui... | | Bank Charge | | c | -9.95 |
| 3/26/2013 | 3599924804... | 220 | Bank Of Amer... | | Mortgage 173... | | c | -1,897.02 |
| 3/27/2013 | 3599924804... | 218 | CTC Services | | Office | | c | -76.00 |
| 3/29/2013 | 3599924804... | | Public Works-... | CHECK CR... | Biz Misc. | | c | -2.00 |
| 3/1/2013 - 3/31/2013 | | | | | | | | -31.67 |

BALANCE 3/31/2013    267.17

TOTAL INFLOWS    4,450.00

TOTAL OUTFLOWS   -4,481.67

NET TOTAL    -31.67

# Wells Fargo Combined Statement of Accounts

Primary account number: ████████4804 ■ February 14, 2013 - March 13, 2013 ■ Page 1 of 5





DCDE11DTCI 005785

NICHOLAS D GARCIA
DEBTOR IN POSSESSION
CH.11 CASE#12-12939 (CO)
1739 IRVING ST
DENVER CO 80204-1679

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833

En español: 1-877-727-2932

華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## You and Wells Fargo

Online Banking with Wells Fargo
Are you aware of all the Online Banking services we offer? We continue to add to and improve our online features to meet your needs with services such as Mobile Banking, Account Alerts, and My Spending Report with Budget Watch. Visit wellsfargo.com for more information on any of these services.

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Opportunity Checking℠ | 2 | ████████804 | 500.76 | 859.71 |
| Wells Fargo Opportunity Savings® | 4 | ████████096 | 0.00 | -3.00 |
| **Total deposit accounts** | | | **$500.76** | **$856.71** |



# Wells Fargo Opportunity Checking℠

## Activity summary

| | |
|---|---:|
| Beginning balance on 2/14 | $500.76 |
| Deposits/Additions | 3,893.35 |
| Withdrawals/Subtractions | - 3,534.40 |
| **Ending balance on 3/13** | **$859.71** |

Account number: ████4804

NICHOLAS D GARCIA
DEBTOR IN POSSESSION
CH.11 CASE#12-12939 (CO)

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 2/19 | | Deposit Made In A Branch/Store | 600.00 | | |
| 2/19 | | Check Crd Purchase 02/17 Educated Minds LLC 303-875-3654 CO 434256xxxxxx0595 283049172335882 ?McC=8299 | | 40.00 | |
| 2/19 | | Check Crd Purchase 02/18 T-Mobile Ivr Payme 800-937-8997 WA 434256xxxxxx0595 083049008011792 ?McC=4814 | | 116.06 | |
| 2/19 | | Comcast Comcast 021613 3260448726 Spa Garcia,Nick | | 278.62 | 666.08 |
| 2/20 | | Check Crd Purchase 02/19 King Soopers #0690 Edgewater CO 434256xxxxxx0595 163050717560824 ?McC=5542 | | 59.00 | 607.08 |
| 2/21 | | Xcel Energy-PSCO Xcelenergy 00035321567 Nicholas D Garcia | | 230.79 | 376.29 |
| 2/22 | | Recur Debit Crd Pmt02/21 Microsoft *Msn 800-494-2962 WA 434256xxxxxx0595 003053018580944 ?McC=4816 | | 10.31 | 365.98 |
| 2/25 | | Nationwide P&C NW Intreft 7267060400 Nick Garcia | | 240.36 | 125.62 |
| 2/26 | | Business Quicken Banking | | 9.95 | 115.67 |
| 2/27 | | Deposit Made In A Branch/Store | 1,893.35 | | |
| 2/27 | 226 | Check | | 1,897.02 | 112.00 |
| 2/28 | | Check Crd Purchase 02/27 Boston Market 1990 Denver CO 434256xxxxxx0595 003058701964019 ?McC=5814 | | 10.78 | |
| 2/28 | | Check Crd Purchase 02/27 Burger King #3824 Denver CO 434256xxxxxx0595 163057741967564 ?McC=5814 | | 5.39 | 95.83 |
| 3/4 | | Check Crd Purchase 03/01 Samsclub #6632 Denver CO 434256xxxxxx0595 283061004300288 ?McC=5300 | | 47.43 | 48.40 |
| 3/5 | | Check Crd Purchase 03/04 7-Eleven 15754 Denver CO 434256xxxxxx0595 003063184322513 ?McC=5541 | | 20.00 | 28.40 |
| 3/6 | | Deposit Made In A Branch/Store | 700.00 | | 728.40 |
| 3/8 | | Deposit Made In A Branch/Store | 700.00 | | |
| 3/8 | | POS Purchase - 03/08 Mach ID 000000 7 Eleven Denver CO 0595 00000000342613481 ?McC=5542 | | 60.00 | 1,368.40 |
| 3/11 | | Check Crd Purchase 03/09 Walgreens #4366 Wheat Ridge CO 434256xxxxxx0595 583069077494829 ?McC=5912 | | 62.66 | |
| 3/11 | | ATM Withdrawal - 03/09 Mach ID Cs15369 300 Federal Blvatm Expresdenver CO 0595 00463069088790956 | | 62.00 | |
| 3/11 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/11 | | Check Crd Purchase 03/10 Mile High Liquors Denver CO 434256xxxxxx0595 003069122778987 ?McC=5921 | | 35.61 | 1,205.63 |
| 3/12 | | Check Crd Purchase 03/10 Wendys Denver CO 434256xxxxxx0595 003069630057830 ?McC=5812 | | 10.37 | 1,195.26 |
| 3/13 | | Check Crd Purchase 03/11 El Ranchito Denver CO 434256xxxxxx0595 083070697463839 ?McC=5812 | | 23.50 | |




### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/13 | | Comcast Comcast 031113 3260448726 Spa Garcia,Nick | | 302.05 | |
| 3/13 | | Monthly Service Fee | | 10.00 | 859.71 |
| **Ending balance on 3/13** | | | | | **859.71** |
| **Totals** | | | **$3,893.35** | **$3,534.40** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 226 | 2/27 | 1,897.02 |


## IMPORTANT ACCOUNT INFORMATION

We want to keep you informed of upcoming changes to your Wells Fargo Opportunity Checking® account.

Effective with your monthly statement cycle that begins on or after March 2, 2013, your account will have a $10 monthly service fee with online only statements ($12 with paper statements). You may continue to waive the monthly service fee with one of the following:

- A $2,000 minimum daily balance OR
- Cumulative qualifying direct deposits of $750 or more each statement cycle OR
- 10 or more debit card purchase transactions and/or payments each statement cycle from this package checking account (includes signature and PIN based purchases as well as recurring debit card payments. Excludes ATM transactions.)

- Free Wells Fargo Online Bill Pay continues to be included with your account.

If you do not meet one of the criteria above, the monthly service fee will appear on your April monthly statement dated on or after April 1, 2013. Depending upon when your statement cycles in March, 2013, it may be necessary for you to take some action on or after March 2, 2013 to waive the fee. The date of your statement cycle is listed at the top of your statement.

If you have questions about your statement cycle or these changes, please contact your local banker or call the phone number listed at the top of your statement. Please note that the Consumer Account Fee and Information Schedule and the Consumer Account Agreement, as amended, continue to apply.

We want to let you know of important upcoming changes.

Effective April 1, 2013, the Legal Process Fee which includes levy, writ, garnishment, and any other legal document that requires funds to be attached will be $125 each.

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

February 14, 2013 - March 13, 2013 ■ Page 4 of 5



Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

# Wells Fargo Opportunity Savings®

## Activity summary

| | |
|---|---:|
| Beginning balance on 2/14 | $0.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 3.00 |
| **Ending balance on 3/13** | **-$3.00** |

Account number: **3599932096**
**NICHOLAS D GARCIA**
**DEBTOR IN POSSESSION**
**CH.11 CASE#12-12939 (CO)**
*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use Routing Number (RTN): 102000076

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2012 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 3/13 | Monthly Service Fee | | 3.00 | -3.00 |
| **Ending balance on 3/13** | | | | **-3.00** |
| **Totals** | | **$0.00** | **$3.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## ✓ IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo consumer savings account.

Effective April 1, 2013, the Excess Activity Fee for Savings Accounts will be $15 per item. If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.



# Wells Fargo Combined Statement of Accounts

Primary account number: ▓▓▓▓▓▓4804 ■ March 14, 2013 - April 11, 2013 ■ Page 1 of 6



DCDE11DTEG  005414

NICHOLAS D GARCIA
DEBTOR IN POSSESSION
CH.11 CASE#12-12939 (CO)
1739 IRVING ST
DENVER CO 80204-1679

### Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## You and Wells Fargo

**Now available!**
Improved balance alerts will now be sent faster so you can take quick action. With Wells Fargo Online, you can get notified when your balance drops below a limit you set.

**New! Text Transfers**
With Text Banking, you can quickly transfer money between your accounts via text message. To sign up for Text Banking and set up Text Transfers, go to the Account Services tab and select "Set Up/Modify Mobile Banking".

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Opportunity Checking℠ | 2 | ▓▓▓▓▓▓4804 | 859.71 | 54.41 |
| Wells Fargo Opportunity Savings® | 4 | ▓▓▓▓▓▓2096 | -3.00 | -3.00 |
| **Total deposit accounts** | | | **$856.71** | **$51.41** |



# Wells Fargo Opportunity Checking℠

## Activity summary

| | |
|---|---:|
| Beginning balance on 3/14 | $859.71 |
| Deposits/Additions | 4,250.00 |
| Withdrawals/Subtractions | - 5,055.30 |
| **Ending balance on 4/11** | **$54.41** |

Account number: xxxxxx4804

NICHOLAS D GARCIA
DEBTOR IN POSSESSION
CH.11 CASE#12-12939 (CO)

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 3/14 | | Deposit Made In A Branch/Store | 600.00 | | |
| 3/14 | | Check Crd Purchase 03/13 Starbucks #05647 W Westminster CO 434256xxxxxx0595 003072672551084 ?McC=5814 | | 10.43 | 1,449.28 |
| 3/15 | | Xcel Energy-PSCO Xcelenergy 00035321567 Nicholas D Garcia | | 319.26 | |
| 3/15 | | T-Mobile Ivr PCS Svc 130314 2662632 Garcia Nicholas | | 113.80 | 1,016.22 |
| 3/18 | | Check Crd Purchase 03/14 Subway 0004 Edgewater CO 434256xxxxxx0595 463073724842192 ?McC=5814 | | 7.56 | |
| 3/18 | | Check Crd Purchase 03/14 Denver Water Board 303-893-2444 CO 434256xxxxxx0595 163073034961892 ?McC=9399 | | 96.81 | |
| 3/18 | | Check Crd Purchase 03/14 Denver Water Board 303-893-2444 CO 434256xxxxxx0595 003073041722382 ?McC=9399 | | 124.14 | |
| 3/18 | | Check Crd Purchase 03/15 Common Grounds Denver CO 434256xxxxxx0595 283074682909699 ?McC=5814 | | 11.66 | |
| 3/18 | | Check Crd Purchase 03/15 Common Grounds Denver CO 434256xxxxxx0595 083074714315223 ?McC=5814 | | 3.13 | |
| 3/18 | | Check Crd Purchase 03/15 Target 0002 Edgewater CO 434256xxxxxx0595 383075001897497 ?McC=5310 | | 4.31 | |
| 3/18 | | Check Crd Purchase 03/15 Denny's #7203 Denver CO 434256xxxxxx0595 003075093113478 ?McC=5814 | | 23.45 | |
| 3/18 | | Check Crd Purchase 03/16 Mile High Liquors Denver CO 434256xxxxxx0595 163075097187556 ?McC=5921 | | 37.37 | |
| 3/18 | | Check Crd Purchase 03/17 Public Works-Prkg Denver CO 434256xxxxxx0595 283076048963826 ?McC=7523 | | 2.00 | 705.79 |
| 3/19 | 217 | Check | | 140.06 | 565.73 |
| 3/20 | | Deposit Made In A Branch/Store | 380.00 | | |
| 3/20 | | Check Crd Purchase 03/18 Common Grounds Denver CO 434256xxxxxx0595 283077747230970 ?McC=5814 | | 10.69 | |
| 3/20 | | Check Crd Purchase 03/18 Common Grounds Denver CO 434256xxxxxx0595 083077774371102 ?McC=5814 | | 8.94 | |
| 3/20 | | Check Crd Purchase 03/18 Safeway Store0001 Denver CO 434256xxxxxx0595 303078079631538 ?McC=5411 | | 10.18 | |
| 3/20 | | POS Purchase - 03/20 Mach ID 000000 7 Eleven Denver CO 0595 00000000250721469 ?McC=5542 | | 25.00 | 890.92 |
| 3/21 | | Deposit Made In A Branch/Store | 270.00 | | 1,160.92 |
| 3/22 | | Check Crd Purchase 03/20 Common Grounds Denver CO 434256xxxxxx0595 083079723171030 ?McC=5814 | | 14.66 | |
| 3/22 | | Check Crd Purchase 03/20 Common Grounds Denver CO 434256xxxxxx0595 283079774381192 ?McC=5814 | | 3.57 | |
| 3/22 | ^219 | WFHM Mortgage Checkpaymt 032213 00219 1218079582 | | 870.56 | 272.13 |



027094



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/25 | | Deposit Made In A Branch/Store | 1,800.00 | | |
| 3/25 | | Check Crd Purchase 03/21 Common Grounds Denver CO 434256xxxxxx0595 283080702764354 ?McC=5814 | | 12.69 | |
| 3/25 | | Recur Debit Crd Pmt03/22 Microsoft *Msn 800-494-2962 WA 434256xxxxxx0595 283081765487694 ?McC=4816 | | 10.31 | 2,049.13 |
| 3/26 | | Business Quicken Banking | | 9.95 | |
| 3/26 | 220 | Check | | 1,897.02 | 142.16 |
| 3/27 | 218 | Check | | 76.00 | 66.16 |
| 3/29 | | Check Crd Purchase 03/28 Public Works-Prkg Denver CO 434256xxxxxx0595 163087481717574 ?McC=7523 | | 2.00 | 64.16 |
| 4/1 | | Check Crd Purchase 03/30 Buffalo Wild Wings Thornton CO 434256xxxxxx0595 083090045715654 ?McC=5812 | | 35.55 | 28.61 |
| 4/2 | | Check Crd Purchase 03/31 Common Grounds Denver CO 434256xxxxxx0595 283090762509476 ?McC=5814 | | 11.66 | |
| 4/2 | | Check Crd Purchase 03/31 Common Grounds Denver CO 434256xxxxxx0595 003090788231444 ?McC=5814 | | 3.94 | 13.01 |
| 4/5 | | Deposit Made In A Branch/Store | 900.00 | | 913.01 |
| 4/8 | | Deposit Made In A Branch/Store | 300.00 | | |
| 4/8 | | Check Crd Purchase 04/06 Comcast Cable Comm 800-Comcast CO 434256xxxxxx0595 083095699241525 ?McC=4899 | | 312.02 | |
| 4/8 | | Xcel Energy-PSCO Xcelenergy 00035321567 Nicholas D Garcia | | 247.19 | |
| 4/8 | 222 | Check | | 100.00 | 553.80 |
| 4/9 | | Check Crd Purchase 04/08 M&M Corp Denver CO 434256xxxxxx0595 083099011263537 ?McC=5542 | | 61.60 | |
| 4/9 | 221 | Check | | 159.14 | |
| 4/9 | | Dnvrwtr Sdpy Dnvrwtrpmt 130409 4129310000 Nick Garcia | | 110.87 | |
| 4/9 | | Dnvrwtr Sdpy Dnvrwtrpmt 130409 0129310000 Ruth Sanchez | | 93.75 | 128.44 |
| 4/10 | 223 | Check | | 70.03 | 58.41 |
| 4/11 | | Check Crd Purchase 04/10 Public Works-Prkg Denver CO 434256xxxxxx0595 283100741953102 ?McC=7523 | | 1.00 | |
| 4/11 | | Online Transfer to Garcia N Savings xxxxxx2096 Ref #Ibec74Yg6F on 04/11/13 | | 3.00 | 54.41 |
| **Ending balance on 4/11** | | | | | **54.41** |
| **Totals** | | | **$4,250.00** | **$5,055.30** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

^ **Converted check:** Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 217 | 3/19 | 140.06 | 220 | 3/26 | 1,897.02 | 222 | 4/8 | 100.00 |
| 218 | 3/27 | 76.00 | 221 | 4/9 | 159.14 | 223 | 4/10 | 70.03 |
| 219 | 3/22 | 870.56 | | | | | | |



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 4/11 | Online Transfer From Garcia N Checking xxxxxx4804 Ref #Ibec74Yg6F on 04/11/13 | 3.00 | | |
| 4/11 | Monthly Service Fee | | 3.00 | -3.00 |
| **Ending balance on 4/11** | | | | **-3.00** |
| **Totals** | | **$3.00** | **$3.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

DCDE11DTEG 005414 NNNNNNNNN NNN NNN 003 003 163 027097 10542543.1.1